AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Alexander Ruggiero | ) |
|---|---|
| | ) |
| Rent Recovery Solutions, LLC | ) Civil Action No. 1:23-cv-01360-DAE |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **David A. Ezra** on a motion for **Dkt.#28 and Dkt.#38** .

Date: 09/25/2025

Philip J. Devlin
*CLERK OF COURT*

*Christina Cordero*
*Signature of Clerk or Deputy Clerk*